

Umesh Heendeniya
P. O. Box 5104
Spring Hill
FL – 34611
October 16, 2015

Civil Clerk's Office – 7th Floor
Northern District of New York - Syracuse
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse
NY-13261

Dear Sir or Madam:

I have enclosed two (2) copies of the complaint of the legal action that I want to file in the Federal District Court for the Northern District of New York - Syracuse. The 1st copy is to be filed with the Court, and the 2nd copy is to be file-stamped and mailed back to me.

The <u>statute of limitation</u> for the medical malpractice claim in this lawsuit expires, per New York CPLR 214-a, on Saturday, October 17, 2015. Hence, **please**

1) File-stamp the first copy of the complaint and file with the Court asap,
2) File-stamp the second copy of the <u>complaint</u> and mail it back to me in the enclosed, self-addressed, stamped envelope.
3) File-stamp the original and Xerox copies of the <u>civil cover sheet</u> and mail me the Xerox copy of the civil cover sheet in the enclosed, self-addressed, stamped envelope.
4) Mail me ten (10) USM-285 "Process Return and Receipt" forms in the enclosed, self-addressed, stamped envelope.
5) Submit the "application to proceed in District Court without prepaying fees or costs" with the Court at your earliest convenience.

If you have any questions or concerns, don't hesitate to contact me by calling (508)-263-0145 or emailing me at heendeniyavsjosephshospitalny@gmail.com.

Kind regards,

Umesh Heendeniya
(508)-263-0145
heendeniyavsjosephshospitalny@gmail.com