


**FedEx**

Ship Date: Oct 17 2015
ActWgt: 1
Dims: 1*1*1 IN

Delivery Address Barcode

PXF645102447327645102447327101717157

Ref#
Invoice#   0
PO#        1483388
Dept#

0101 of 0101

TRK#    645102447327    9:00 AM

Mstr#   645102447327

MON - 19 OCT

ISR
13261
NY-US

From: 508-630-6757
UMESH HEENDENYA
UMESH HEENDENYA

SHIP TO: 315-234-8500
FED CLERKS OFFICE

US DISTRICT COURT NORTHERN DISTRICT OF NY
100 S CLINTON STREET
JAMES M HANLEY FED BLDG 7TH

SYRACUSE, NY 13261
USA

Express





ATL DL2156L/18OCT 0908

DASH

006  59237301

INS DSH ECC

TOTAL PIECES 1

TOTAL WEIGHT 1.0 LB
.5 KG

ORIGIN  START
TPA DL1872 /18OCT 0630

DELTA CARGO