# EXHIBIT 1



# Commonwealth University

## Umesh Sanuja Heendeniya

having fulfilled the requirements of the faculty has been declared a graduate of the University with the degree of

## Bachelor of Science

Given at Richmond, Virginia, on the thirteenth day of May, 2000.

# EXHIBIT 2

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) HEENDENIYA, UMESH S. | 2. DEPARTMENT, COMPONENT AND BRANCH USMCR | 3. SOCIAL SECURITY NO. REDACTED |
|---|---|---|
| 4.a. GRADE, RATE OR RANK PFC | 4.b PAY GRADE E-2 | 5. DATE OF BIRTH (YYMMDD) REDACTED | 6. RESERVE OBLIG. TERM. DATE Year 06  Month 05  Day 21 |
| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY RICHMOND MEPS, VA 23240 | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 4945 SUBURBAN AVENUE, RICHMOND, VA 23230 |
| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND  RUC 33808 ASLT PHIB SCOL BN, MCB, CAMPEN, CA 92055-5041 | 8.b. STATION WHERE SEPARATED  RUC 33808 ASLT PHIB SCOL BN, MCB, CAMPEN, CA 92055-5041 |
| 9. COMMAND TO WHICH TRANSFERRED 4TH AABN, 4TH MARDIV, NORFOLK, VA MCC-SDR | 10. SGLI COVERAGE  [ ] None  Amount: $200,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 1833- ASSAULT AMPHIBIAN VEHICLE CREWMAN  00 YEARS 00 MONTHS | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 98 | 06 | 02 |
| | b. Separation Date This Period | 98 | 12 | 19 |
| | c. Net Active Service This Period | 00 | 06 | 17 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 10 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 98 | 06 | 02 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)

NONE

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)

SCHOOL OF INFANTRY CAMP LEJEUNE NC MARINE COMBAT TRAINING (M92) 02 WEEKS 9/98, SCHOOLS BATTALION CAMP PENDLETON CA ASSAULT AMPHIBIAN CREWMAN COURSE (AHY) 10 WEEKS 12/98

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No  X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes  X | No | 16. DAYS ACCRUED LEAVE PAID SLB: 00.0   RLB: 06.5 |
|---|---|---|---|---|---|---|

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION  [X] Yes  [ ] No

**18. REMARKS**

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 4945 SUBURBAN AVENUE, RICHMOND, VA 23230 | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) YAMUNA HEENDENIYA (M) SAME AS BLK 19A |
|---|---|
| 20. MEMBER REQUESTS COPY 6 BE SENT TO  VA   DIR. OF VET AFFAIRS  [X] Yes  [ ] No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | R. A. RICKMAN, CWO2, PERSO |

DD Form 214, NOV 88    S/N 0102-LF-006-5500   Previous editions are obsolete.    MEMBER - 1

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME (Last, First, Middle) HERNDENIYA, UMESH S. | 2. DEPARTMENT, COMPONENT AND BRANCH USMCR | 3. SOCIAL SECURITY NO. REDACTED |
| 4.a. GRADE, RATE OR RANK PFC | 4.b. PAY GRADE E-2 | 5. DATE OF BIRTH (YYMMDD) REDACTED |
| | | 6. RESERVE OBLIG. TERM. DATE Year 06 Month 05 Day 21 |

| | |
|---|---|
| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY RICHMOND MEPS, VA 23240 | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 4945 SUBURBAN AVENUE, RICHMOND, VA 23230 |
| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND RUC 33808 ASLT PHIB SCOL BN, MCB, CAMPEN, CA 92055-5041 | 8.b. STATION WHERE SEPARATED RUC 33808 ASLT PHIB SCOL BN, MCB, CAMPEN, CA 92055-5041 |
| 9. COMMAND TO WHICH TRANSFERRED 4TH AABN, 4TH MARDIV, NORFOLK, VA MCC-SDR | 10. SGLI COVERAGE [ ] None Amount: $200,000 |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 1833- ASSAULT AMPHIBIAN VEHICLE CREWMAN 00 YEARS 00 MONTHS | a. Date Entered AD This Period | 98 | 06 | 02 |
| | b. Separation Date This Period | 98 | 12 | 19 |
| | c. Net Active Service This Period | 00 | 06 | 17 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 19 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 98 | 06 | 02 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

NONE

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)

SCHOOL OF INFANTRY CAMP LEJEUNE NC MARINE COMBAT TRAINING (M92) 02 WEEKS 9/98, SCHOOLS BATTALION CAMP PENDLETON CA ASSAULT AMPHIBIAN CREWMAN COURSE (AHY) 10 WEEKS 12/98

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes / No X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X / No | 16. DAYS ACCRUED LEAVE PAID SLB: 00.0  RLB: 06.5 |
|---|---|---|---|---|

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION  [X] Yes  [ ] No

18. REMARKS

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 4945 SUBURBAN AVENUE, RICHMOND, VA 23230 | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) YAMUNA HERNDENIYA (M) SAME AS BLK 19A |
|---|---|
| 20. MEMBER REQUESTS COPY 6 BE SENT TO  DIR. OF VET AFFAIRS [X] Yes [ ] No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) R. A. RICKMAN, CWO2, PERSO |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE | |
|---|---|---|
| 25. SEPARATION AUTHORITY MARCORSEPMAN PAR. 1005 | 26. SEPARATION CODE MBK1 | 27. REENTRY CODE N/A |

28. NARRATIVE REASON FOR SEPARATION
COMPLETION OF ACTIVE SERVICE REQUIRED FOR TRAINING

| 29. DATES OF TIME LOST DURING THIS PERIOD NONE | 30. MEMBER REQUESTS COPY 4  USH  Initials |
|---|---|



**UNITED STATES MARINE CORPS**
COMPANY "A" (-)
4TH ASSAULT AMPHIBIAN BATTALION
4TH MARINE DIVISION
NAVAL AND MARINE CORPS RESERVE CENTER
7690 SHORE DRIVE, SUITE 100
NORFOLK, VA 23521-3298

IN REPLY REFER TO:

1900
ADMIN
4 Apr 01

From: Commanding Officer/Inspector-Instructor, Company A(-),
       4th Assault Amphibian Battalion, 4th Marine Division, FMF,
       7690 Shore Drive, Ste 100, Norfolk, VA 23521-3298
To:    Commandant of the Marine Corps (MMSR), Headquarters,
       U.S. Marine Corps, Harry Lee Hall, 17 Lejeune Road,
       Quantico, VA 22134-5104

Subj: DISCHARGE OF LANCE CORPORAL UMESH S. HEENDENIYA
      313 06 4095/1833 USMCR BY REASON OF PHYSICAL
      DISQUALIFICATION

Ref:  (a) MCO P1900.16E
      (b) CO/I-I ltr 1900 Admin ltr 1900 ADMIN of 8 Mar 01

1. All provisions of the reference were complied with and completed on 17 Mar 01.

2. Lance Corporal Umesh S. Heendeniya was discharged from the Select Marine Corps Reserve on 4 Apr 01.

3. As required by the references, the following information is provided:

    a. Type of Separation: Administrative

    b. Character of Service: Honorable

    c. Separation Authority: Chief, BuMed&Surg ltr 6110/252 25/REM/A0009476 of 10 Jan 01

    d. Separation Code: JFR3

K. M. LEWTON

Copy to:
CG, MARFORRES (Code 7AA)
BUMED (02D)