**060716**

U.S. Department of Justice
United States Marshals Service
Northern District of New York
PO Box 7260
Syracuse, NY 13261



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 20 2016
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

**United States District Court
for the
Northern District of New York**

To: Roger Gary Levine
St. Joseph's Hospital
301 Prospect Avenue
Syracuse, NY 13203

Case No.: 5:15-cv-1238

Heendeniya
v.
St. Joseph's Hospital Health Center et al

The enclosed summons and complaint are served pursuant to Fed. R. Civ. P. 4(e)(1) and section 312-a of the New York Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or for your attorney. If you wish to consult an attorney, you should do so as soon as possible.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires twenty-one (21) days after the day you mail or deliver this form to the sender.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint by Mail was mailed on June 6, 2016.

_____
Signature (USMS Offical)

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

CHECK ONE OF THE FOLLOWING:
1. ✓  I am not in military service of the United States.
2. ___ I am in military service of the United States, and my rank, serial number and branch of service are as follows:
    Rank:_____
    Serial Number:_____
    Branch of Service:_____

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

_____
Signature

ROGER LEVINE
Print Name

6/15/16
Date of Signature

ROGER LEVINE
Name of Defendant for which acting

SAME
Relationship to defendant/Authority to Receive

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

08/10

FIRST CLASS MAIL

neopost
$00.465
US OFFICIAL MAIL
$.300 Penalty
For Private Use
ZIP 13261
041L11100741

**U.S. Department of Justice**

*United States Marshals Service*
*Northern District of New York*

*100 S. Clinton Street, 10th Floor*
*Syracuse, NY 13261-7260*

Official Business
Penalty for Private Use $300

RECEIVED
JUN 20 2016
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

LAWRENCE K. BAERMAN, CLERK
U.S. DISTRICT COURT
Federal Bldg., P.O. Box 7367
100 S. Clinton Street
Syracuse, NY 13261-7367

1326189211  C000