Robert J. Smith*
Michael A. Tremont
Alicia S. Calagiovanni
James J. Gascon
Paul G. Ferrara**
Maureen G. Fatcheric
Timothy J. Conan
John R. Langey
Daniel P. Fletcher

Anthony R. Hanley
Dennis P. Hennigan
Robert W. Connolly**
Nicole Marlow-Jones
Donald S. DiBenedetto
Nadine C. Bell+
Wendy S. Reese
Zachary R. Benjamin

Kevin M. Gilligan, Senior Counsel
Donald L. Nicholas, Of Counsel
Warren W. Bader, Of Counsel
Robert D. Essig, Of Counsel
Peter J. Corrigan, Of Counsel
Scott W. Bush, Of Counsel
John M. DeLaney, Of Counsel
Michael E. O'Connor, Of Counsel

Jennifer L. Wang
Jennifer L. Alfieri
Shannon R. Becker++
Richard J. Andino
Elizabeth A. Hoffman

Daniel R. Rose
Megan E. Grimsley
Alexandra L. Condon
Bryan N. Georgiady
Nicholas S. Cortese

James F. Barna***+++**** Special Counsel
Carol C. Olech, Special Counsel
Jonathan P. McSherry, Special Counsel, CPA

*       Also admitted in Texas
**      Also admitted in Massachusetts
***     Also admitted in Mississippi
****    Also admitted in Maine
+       Also admitted in Pennsylvania
++      Also admitted in Colorado
+++     Also admitted in Tennessee

# COSTELLO · COONEY · FEARON PLLC
Attorneys at law since 1896

500 PLUM STREET, SUITE 300 | SYRACUSE, NY 13204-1401
TEL. 315.422.1152 | FAX 315.422.1139
WWW.CCF-LAW.COM

July 13, 2016

United States Marshals Service
U.S. District Courthouse
100 S. Clinton Street
Syracuse, NY 13261

    Re:    Umesh Heendeniya vs. St. Joseph Hospital Health Center, et al.
           Index No. 5:15-CV-1238-GTS-TWD

Dear Madam/Sir:

    Please be advised that St. Joseph did not accept service of the Summons and Complaint in the above-referenced action on the following persons: (1) Roger Gary Levine, MD; (2) Lisa Marie O'Connor, MD; (3) George O. Tremiti, MD; (4) Horatius Roman; (5) Robert Michael Constantine, MD; (6) Mitchell Bruce Feldman, MD; and (7) Rosaline Spunelka, RN. By copy of this letter we have informed the Plaintiff of the same.

                                  Very truly yours,

                                  COSTELLO, COONEY & FEARON, PLLC

                                  Jennifer L. Wang

JLW/cah
cc:    Umesh Heendeniya