U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 18 2016
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMESH HEENDENIYA,<br>　　　　　　Plaintiff,<br>　　v.<br><br>ST. JOSEPH'S HOSPITAL HEALTH CENTER<br>ROGER GARY LEVINE, MD; LISA MARIE<br>O'CONNOR, MD; GEORGE O. TREMITI, MD;<br>HORATIUS ROMAN, MD; JOANNE MARY<br>FRENCH, RN; WENDY BRISCOE, RN; SUSAN<br>LYNN CATE, LMFT; ROSALINE SPINELLA, RN;<br>ROBERT MICHAEL CONSTANTINE, MD;<br>MITCHELL BRUCE FELDMAN, MD; CYNTHIA A.<br>RYBAK, NP; KATHRYN HOWE RUSCITTO,<br>PRESIDENT and CEO; LOWELL A. SEIFTER, JD,<br>SENIOR VP and GENERAL COUNSEL; MEREDITH<br>PRICE, VP of FINANCIAL SERVICES and CFO;<br>DEBORAH WELCH, VP; GAEL GILBERT, RN, MBA,<br>DIRECTOR; SJHHC DOES 1-5 INCLUSIVE;<br>CORPORATIONS A-F INCLUSIVE;<br>ERIC T. SCHNEIDERMAN, ESQ., NEW YORK<br>ATTORNEY GENERAL; ANN MARIE T. SULLIVAN,<br>M.D., COMMISSIONER OF OMH; JOSHUA<br>PEPPER, ESQ, DEPUTY COMMISSIONER OF<br>OMH; MICHAEL C. GREEN, EXECUTIVE DEPUTY<br>COMMISSIONER OF THE DCJS; NEW YORK<br>STATE OFFICE OF MENTAL HEALTH ("OMH");<br>NICS APPEALS OFFICE - OMH; NEW YORK STATE<br>DIVISION OF CRIMINAL JUSTICE SERVICES<br>("DCJS");<br>　　　　　　Defendants. | Civil Action No. 5:15-CV-01238-GTS-TWD<br><br>Honorable Glenn T. Suddaby<br>(Chief U.S. District Judge)<br><br>Honorable Therese Wiley Dancks<br>(U.S. Magistrate Judge)<br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

　　I, Plaintiff Umesh Heendeniya, hereby certify that I mailed by FedEx, the foregoing "Second Amended Complaint" to the Clerk of Court for the U.S. District Court for the Northern District of New York, so it can be filed and docketed by the Clerk's office on Monday, July 18, 2016.

　　And, I hereby also certify that I will mail, *via* U.S. Postal mail, copies of the foregoing "Second Amended Complaint" to the two law firms who have made appearance on behalf of

several of the defendants in this legal action, so that they will receive the aforementioned pleading during the week beginning Monday, July 18, 2016. The names and mailing addresses of the 2 law firms, the names of the attorneys (listed alphabetically), and the 2 U.S. Postal tracking numbers for each of the 2 mailing envelopes, are as follows:

Kevin E. Hulslander, Esq (Managing Partner; Registration Number: 2091619; khulslander@smithsovik.com; Bar Roll #: 103027)
**Smith, Sovik, Kendrick & Sugnet P.C.**
250 South Clinton Street, Suite 600
Syracuse
NY-13202
Phone: (315)-474-2911
Fax: (315)-474-6015
U.S. Postal tracking number: 7015 0640 0000 2044 4160.


Robert John Smith, Esq (CEO and Partner; Registration Number: 1909571; RJS@CCF-Law.com ; Bar Roll #: 102628)
Jennifer L. Wang (née Nuhfer), Esq (Associate; Registration Number: 4281762; JLW@CCF-Law.com; Bar Roll #: 516323)
**Costello, Cooney & Fearon, PLLC**
Bridgewater Place
500 Plum Street, Suite 300
Syracuse
NY-13204
Phone: (315)-422-1152
Fax: (315)-422-1139
U.S. Postal tracking number: 7015 0640 0000 2044 4177.

Umesh Heendeniya
P. O. Box 5104
Spring Hill, FL-34611
(508)-630-6757 [Main cell phone number]
(508)-263-0145 [Google Voice number]
heendeniyavsjosephshospitalny@gmail.com

Dated: July 15, 2016.

Umesh Heendeniya (pro se litigant)

P. O. Box 5104

Spring Hill

FL – 34611

(508)-263-0145

FedEx Tracking No.: 666146119359.

Civil Clerk

Seventh Floor

Federal Court – Northern District of New York

100 South Clinton Street

Syracuse

NY – 13261

(Phone No. (315)-234-8500 ext. 7.)

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
JUL 1 8 2016
RECEIVED

SCANNED


