| | | | |
|---|---|---|---|
| Robert J. Smith* | Anthony R. Hanley | | Christopher M. Militello | Megan E. Grimsley |
| Alicia S. Calagiovanni | Robert W. Connolly** | | Richard J. Andino | Alexandra L. Condon |
| James J. Gascon | Nicole Marlow-Jones | | Elizabeth A. Hoffman | Erin K. Skuce |
| Paul G. Ferrara** | Donald S. DiBenedetto | | Daniel R. Rose | Matthew W. O'Neil |
| Maureen G. Fatcheric | Nadine C. Bell+ | | | |
| Timothy J. Conan | Wendy S. Lougnot | | | |
| John R. Langey | Melinda B. Bowe | | | |
| Daniel P. Fletcher | Jennifer L. Wang | | | |
| Zachary R. Benjamin | | | | |

**COSTELLO · COONEY · FEARON** PLLC

— Attorneys at law since 1896 —

Carol C. Olech, Special Counsel
Jonathan P. McSherry, Special Counsel, CPA
Kevin P. Ryan, Special Counsel

\* Also admitted in Texas
\*\* Also admitted in Massachusetts
\+ Also admitted in Pennsylvania

Kevin M. Gilligan, Senior Counsel
Donald L. Nicholas, Of Counsel
Warren W. Bader, Of Counsel
Peter J. Corrigan, Of Counsel
Scott W. Bush, Of Counsel
John M. DeLaney, Of Counsel
Michael E. O'Connor, Of Counsel
Michael A. Tremont, Of Counsel
Dennis P. Hennigan, Of Counsel
James T. Stokes, Of Counsel

500 PLUM STREET, SUITE 300 | SYRACUSE, NY 13204-1401
TEL. 315.422.1152 | FAX 315.422.1139
WWW.CCF-LAW.COM

June 19, 2018

**VIA CM/ECF**

Honorable Therese Wiley Dancks
United States District Court
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

       Re:    Umesh Heendeniya vs. St. Joseph Hospital Health Center, et al.
               Civil Action No.: 5:15-CV-1238 (GTS-TWD)

Dear Judge Dancks:

      On behalf of our clients St. Joseph's Hospital Health Center, Susan Lynn Cate, Rosaline Spinella, RN, Wendy Briscoe, RN, Joanne French, RN, Cynthia A. Rybak, NP, Kathryn Howe Ruscitto, Lowell A. Seifter, Meredith Price, Deborah Welch and Gael Gilbert ("St. Joseph Defendants"), we respectfully request that this Court deny Plaintiff's Affidavit request for a 3-month extension to file opposition to the St. Joseph's motion to dismiss for failure to prosecute. This Court has already provided Plaintiff with numerous courtesies of extensions in this case and yet no meaningful discovery has been served to date.

      Finally, it is respectfully submitted that, since Plaintiff has failed to oppose the St. Joseph Defendants' motion, it should be granted in its entirety.

                                                  Respectfully,

                                      COSTELLO, COONEY & FEARON, PLLC

                                                 Jennifer L. Wang
                                                 Bar Roll No. 516323

JLW/lja
cc (via e-file):  John C. Jensen, Esq.
                      Kevin E. Hulslander, Esq.
                      Umesh Heendeniya

ALBANY OFFICE
220 COLUMBIA TURNPIKE | RENSSELAER, NY 12144

CAMILLUS OFFICE
5701 WEST GENESEE STREET | CAMILLUS, NY 13031

CAZENOVIA OFFICE
5 MILL STREET | CAZENOVIA, NY 13035