# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UMESH HEENDENIYA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 5:15-CV-01238-GTS-TWD |
| | ) | |
| ST. JOSEPH'S HOSPITAL HEALTH CENTER; | ) | Honorable Glenn T. Suddaby |
| ROGER GARY LEVINE, MD; LISA MARIE | ) | (Chief U.S. District Judge) |
| O'CONNOR, MD; GEORGE O. TREMITI, MD; | ) | |
| HORATIUS ROMAN, MD; JOANNE MARY | ) | Honorable Therese Wiley Dancks |
| FRENCH, RN; WENDY BRISCOE, RN; SUSAN | ) | (U.S. Magistrate Judge) |
| LYNN CATE, LMFT; ROSALINE SPINELLA, RN; | ) | |
| ROBERT MICHAEL CONSTANTINE, MD; | ) | |
| MITCHELL BRUCE FELDMAN, MD; CYNTHIA A. | ) | |
| RYBAK, NP; KATHRYN HOWE RUSCITTO, | ) | |
| PRESIDENT and CEO; LOWELL A. SEIFTER, JD, | ) | |
| SENIOR VP and GENERAL COUNSEL; MEREDITH | ) | |
| PRICE, VP of FINANCIAL SERVICES and CFO; | ) | |
| DEBORAH WELCH, VP; GAEL GILBERT, RN, MBA, | ) | |
| DIRECTOR; SJHHC DOES 1-5 INCLUSIVE; | ) | |
| Defendants. | ) | |

I, Plaintiff Umesh Heendeniya, hereby certify that on Monday, March 25, 2019, I filed the foregoing Second Notice of Appeal, with the Clerk of the District Court using the CM/ECF system. The CM/ECF system in turn, sent notification of such filing electronically to the registered participants as identified on the Notice of Electronic Filing. The names and mailing addresses of the three (3) law firms, and the names and e-mail addresses of the five (5) attorneys are as follows**:**

Robert John Smith, Esq. (CEO and Partner; Registration Number: 1909571; RJS@CCF-Law.com ; Bar Roll #: 102628)**.**
Jennifer L. Wang (*née* Nuhfer), Esq. (Associate; Registration Number: 4281762; JLW@CCF-Law.com; Bar Roll #: 516323)**.**
**Costello, Cooney & Fearon, PLLC**
Bridgewater Place
500 Plum Street, Suite 300
Syracuse
NY-13204
Phone: (315)-422-1152
Fax: (315)-422-1139

Kevin E. Hulslander, Esq. (Managing Partner; Registration Number: 2091619; khulslander@smithsovik.com; Bar Roll #: 103027).
Matthew Paul Germain, Esq. (Associate; Registration Number: 5396247; mgermain@smithsovik.com; Bar Roll #: 520014).
**Smith, Sovik, Kendrick & Sugnet P.C.**
250 South Clinton Street, Suite 600
Syracuse
NY-13202
Phone: (315)-474-2911
Fax: (315)-474-6015


John Carlo Jensen, Esq. (Associate; Registration Number: 5100706; jjensen@mgbmclaw.com ; Bar Roll #: 519299).
**Martin, Ganotis, Brown, Mould & Currie, P.C.**
5790 Widewaters Parkway
Dewitt, New York 13214
Tel: (315)-449-2616
Fax: (315)-449-4315

/s/ Umesh Heendeniya
Umesh Heendeniya
P. O. Box 5104
Spring Hill, FL-34611
(508)-263-0145
heendeniyavsjosephshospitalny@gmail.com

Dated: March 25, 2019.